Keenan/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------x
IN RE: Fosamax Products Liability
Litigation                                   :      No. 1:06-md-01789-JFK
                                             :
-----------------------------------------------x
*This document relates to*                   :

*Cherry v. Novartis Pharm. Corp., et al.,*   :
Case No. 1:06-cv-06151-JFK                   :

*Depp v. Merck & Co., Inc., et al.,*         :
Case No. 1:06-cv-05522-JFK                   :

*Devivo v. Merck & Co., Inc.,*               :
Case No. 1:06-cv-04107-JFK                   :

*Fleming v. Novartis Pharm. Corp., et al.,*  :
Case No. 1:06-cv-05085-JFK                   :

*Graves v. Merck & Co., Inc.,*               :
Case No. 1:06-cv-05513-JFK                   :

*Greene v. Merck & Co., Inc.,*               :
Case No. 1:06-cv-05088-JFK                   :

*Kligerman v. Merck & Co., Inc.,*            :
Case No. 1:06-cv-05515-JFK                   :

*Limp v. Novartis Pharm. Corp., et al.,*     :
Case No. 1:06-cv-05516-JFK                   :

*Maley v. Merck & Co., Inc.,*                :
Case No. 1:06-cv-04110-JFK                   :

*Maya v. Merck & Co., Inc., et al.,*         :
Case No. 1:06-cv-05519-JFK                   :

*Miller v. Merck & Co., Inc., et al.,*       :
Case No. 1:06-cv-05087-JFK                   :

*Sagrillo v. Merck & Co., Inc.,*             :
Case No. 1:06-cv-05518-JFK                   :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-2008

1

*Sargent v. Merck & Co., Inc.*,
Case No. 1:06-cv-05086-JFK

*Spiese v. Novartis Pharm. Corp., et al.*,
Case No. 1:06-cv-05084-JFK

*Turkisher v. Merck & Co., Inc., et al.*,
Case No. 1:06-cv-05521-JFK

*Dorfman v. Merck & Co., Inc.*,
Case No. 1:06-cv-14184-JFK

*Hamilton v. Novartis Pharm. Corp., et al.*,
Case No. 1:07-cv-07278-JFK

*Henneken v. Novartis Pharm. Corp., et al.*,
Case No. 1:06-cv-14240-JFK

*Huffman v. Merck & Co., Inc.*,
Case No. 1:06-cv-14238-JFK

*Jackson v. Novartis Pharm. Corp., et al.*,
Case No. 1:07-cv-02958-JFK

*Martin v. Merck & Co., Inc.*,
Case No. 1:07-cv-01758-JFK

*McClellan v. Merck & Co., Inc.*,
Case No. 1:06-cv-08300-JFK

*Rattner v. Merck & Co., Inc., et al.*,
Case No. 1:06-cv-14236-JFK

*Redford v. Merck & Co., Inc.*,
Case No. 1:07-cv-02953-JFK

*Schuell v. Merck & Co., Inc., et al.*,
Case No. 1:06-cv-14241-JFK

*Tucker v. Merck & Co., Inc.*,
Case No. 1:06-cv-11456-JFK

*Preston v. Merck & Co., Inc., et al.*,
Case No. 1:07-cv-07276-JFK

*Mione v. Novartis Pharm. Corp., et al.*,
Case No. 1:07-cv-02956-JFK

*Spiegel v. Merck & Co., Inc., et al.*,
Case No. 1:07-cv-02868-JFK

------------------------------------x

## PROPOSED ORDER

The United States District Court for the Southern District of New York hereby orders that the following Fosamax cases assigned to this Court are related to MDL-1789 and therefore subject to Case Management Order No. 3.

|    | Plaintiff Name | Case Name | MDL-1789 Docket No. |
|----|----------------|-----------|---------------------|
| 1  | Cherry, Ina | *Cherry v. Novartis Pharm. Corp., et al.* | 06-cv-06151 |
| 2  | Depp, Christine Brown | *Depp v. Merck & Co., Inc., et al.* | 06-cv-05522 |
| 3  | DeVivo, Mary | *Devivo v. Merck & Co., Inc.* | 06-cv-04107 |
| 4  | Fleming, Jr., Edward | *Fleming v. Novartis Pharm. Corp., et al.* | 06-cv-05085 |
| 5  | Graves, Judith | *Graves v. Merck & Co., Inc.* | 06-cv-05513 |
| 6  | Greene, Karen | *Greene v. Merck & Co., Inc.* | 06-cv-05088 |
| 7  | Kligerman, Irene | *Kligerman v. Merck & Co., Inc.* | 06-cv-05515 |
| 8  | Limp, Marion | *Limp v. Novartis Pharm. Corp., et al.* | 06-cv-05516 |
| 9  | Maley, Louise | *Maley v. Merck & Co., Inc.* | 06-cv-04110 |
| 10 | Maya, Steve | *Maya v. Merck & Co., Inc., et al.* | 06-cv-05519 |
| 11 | Miller, Barbara Anne | *Miller v. Merck & Co., Inc., et al.* | 06-cv-05087 |
| 12 | Sagrillo, Willie | *Sagrillo v. Merck & Co., Inc.* | 06-cv-05518 |
| 13 | Sargent, Clina | *Sargent v. Merck & Co., Inc.* | 06-cv-05086 |
| 14 | Spiese, Jean | *Spiese v. Novartis Pharm. Corp., et al.* | 06-cv-05084 |
| 15 | Turkisher, Linda | *Turkisher v. Merck & Co., Inc., et al.* | 06-cv-05521 |
| 16 | Dorfman, Lillian | *Dorfman v. Merck & Co., Inc.* | 06-cv-14184 |
| 17 | Hamilton, Brian | *Hamilton v. Novartis Pharm. Corp., et al.* | 07-cv-07278 |
| 18 | Henneken, Cheryl | *Henneken v. Novartis Pharm. Corp., et al.* | 06-cv-14240 |
| 19 | Huffman, Anna | *Huffman v. Merck & Co., Inc.* | 06-cv-14238 |
| 20 | Jackson, Ben | *Jackson v. Novartis Pharm. Corp., et al.* | 07-cv-02958 |
| 21 | Martin, Brad | *Martin v. Merck & Co., Inc.* | 07-cv-01758 |
| 22 | McClellan, Marsha Lynn | *McClellan v. Merck & Co., Inc.* | 06 cv-08300 |

3

| 23 | Rattner, Anita | *Rattner v. Merck & Co., Inc., et al.* | 06-cv-14236 |
| 24 | Redford, Kathryn S. | *Redford v. Merck & Co., Inc.* | 07-cv-02953 |
| 25 | Schuell, Vera | *Schuell v. Merck & Co., Inc., et al.* | 06-cv-14241 |
| 26 | Tucker, Kim | *Tucker v. Merck & Co., Inc.* | 06-cv-11456 |
| 27 | Preston, Susan | *Preston v. Merck & Co., Inc., et al.* | 07-cv-07276 |
| 28 | Mione, Angelarose | *Mione v. Novartis Pharm. Corp., et al.* | 07-cv-02956 |
| 29 | Spiegel, Anna O. | *Spiegel v. Merck & Co., Inc., et al.* | 07-cv-02868 |

**SO ORDERED.**
Dated: 2/20/08

JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE

4